Robert A. Shull (#003467)
*rshull@dickinsonwright.com*
William L. Novotny (#004239)
*wnovotny@dickinsonwright.com*
Bradley A. Burns (#030508)
*bburns@dickinsonwright.com*
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Telephone: (602) 285-5000
Facsimile: (844) 670-6009

*Attorneys for Plaintiff*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>AE SOLUTIONS LLC,<br>an Arizona limited liability company,<br><br>Debtor. | Chapter 11 Case<br><br>No. 2:22-bk-01806-PS |
| BILLD EXCHANGE LLC,<br>a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AE SOLUTIONS LLC, an Arizona limited liability company; and WILLIAM CLIFTON and JANE DOE CLIFTON, husband and wife,<br><br>Defendants. | Adversary No. 2:22-ap-00090-PS<br><br>(Maricopa County Superior Court Case No. CV2022-003221)<br><br>**NOTICE OF HEARING ON MOTION TO REMAND AND – IN THE ALTERNATIVE – MOTION TO ABSTAIN**<br><br>**August 2, 2022, at 1:30 p.m. (telephonic)** |

-1-

| | |
|---|---|
| 1 | The Plaintiff, BILLD EXCHANGE LLC, has filed *Motion to Remand and – in the Alternative – Motion to Abstain* [Adversary Docket No. 8] ("**Motion**"). |
| 2 | NOTICE IS HEREBY GIVEN THAT a hearing on the Motion shall occur **by telephone on August 2, 2022, at 1:30 p.m.** (or as soon thereafter as the parties can be heard), before the Honorable Paul Sala, United States Bankruptcy Judge, Courtroom 601, 6th Floor, United States Courthouse and Federal Building, 230 North First Avenue, Phoenix, Arizona. |

The Plaintiff, BILLD EXCHANGE LLC, has filed *Motion to Remand and – in the Alternative – Motion to Abstain* [Adversary Docket No. 8] ("**Motion**").

NOTICE IS HEREBY GIVEN THAT a hearing on the Motion shall occur **by telephone on August 2, 2022, at 1:30 p.m.** (or as soon thereafter as the parties can be heard), before the Honorable Paul Sala, United States Bankruptcy Judge, Courtroom 601, 6th Floor, United States Courthouse and Federal Building, 230 North First Avenue, Phoenix, Arizona.

PARTIES ARE TO CALL: **877-402-9757**, to appear for the hearing. The access code is **4376956**.

NOTICE IS FURTHER GIVEN THAT any responses to the Motion shall be filed and served in accordance with Rule 9013-1(c) of the Local Rules of Bankruptcy Procedure for the District of Arizona, with all responses and objections to the Motion to be filed and served **no later than June 24, 2022**.

Dated: June 7, 2022.

DICKINSON WRIGHT PLLC

*WN/4239*
William L. Novotny
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
*Attorneys for Plaintiff*

4891-0056-8612 v1 [100980-1]